# BEFORE THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Petro Star Inc.**

    **v.**                                                                               **Case No. 23-1348**

**Federal Energy Regulatory Commission**

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

My name is William F. Demarest, Jr., a Member of the Bar of this Court. On March 13, 2025, the panel in this matter invited Amicus Briefs on the question of the jurisdiction of this Court to review Orders of the Federal Energy Regulatory Commission ("FERC") under the Interstate Commerce Act ("ICA").

I hereby MOVE for Leave to File an Amicus Brief on my own behalf and not on behalf of any client.

I have personal knowledge of the matters recited in the proposed Amicus Brief and believe that information relating to the legislative history of Congress' consideration of the Department of Energy Organization Act may be of assistance to the Court in addressing the important jurisdictional question on which the panel invited additional briefing.

In 1977, I was Counsel to the House Committee on Interstate and Foreign Commerce (currently the Committee on Energy and Commerce), working directly under the supervision of Hon. John D. Dingell (D. Mich.), Chairman of the Energy and Power Subcommittee. In that capacity I was tasked by Chairman Dingell to draft an amendment to the pending legislation creating the Department of Energy to created, within the Department, an "independent regulatory commission." That amendment transferred to the Federal Energy Regulatory Commission jurisdiction over the authorities previously

exercised by the FPC under the NGA and the FPA, as well as the authorities exercised by the Interstate Commerce Commission ("ICC") under the ICA over oil pipelines.

The information provided in the Amicus Brief is potentially relevant to the issues posed by the panel in this case concerning the jurisdiction of the U.S. Court of Appeals for the D.C. Circuit over appeals from Orders of the FERC under the ICA.

**Respectfully Submitted,**

**March 26, 2025**

**William F. Demarest, Jr.**
**5976 Trotters Point Ln**
**Gainesville, VA.  20155**
**1932mgj2@gmail.com**
**(703) 509-5629**