**ORAL ARGUMENT HELD FEBRUARY 7, 2025**

No. 23-1348 (consolidated with Nos. 24-1012 and 24-1013)

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

PETRO STAR INC.,

                        *Petitioner*,

v.

FEDERAL ENERGY REGULATORY COMMISSION and
UNITED STATES OF AMERICA,

                        *Respondents*,

ANADARKO PETROLEUM CORPORATION, *et al.*,

                        *Respondent-Intervenors*.

---

On Petitions for Review of Order of the Federal Energy Regulatory Commission

---

**UNOPPOSED MOTION OF THE LIQUID ENERGY
PIPELINE ASSOCIATION FOR LEAVE TO FILE LETTER
AS *AMICUS CURIAE* IN SUPPORT OF NO PARTY**

---

                        William S. Scherman
                        Jeremy C. Marwell
                        Jason J. Fleischer
                        Matthew X. Etchemendy
                        VINSON & ELKINS LLP
                        2200 Pennsylvania Ave., NW, Suite 500 W
                        Washington, DC 20037
                        Phone: (202) 639-6500
                        Email: wscherman@velaw.com

                        *Counsel for* Amicus Curiae *the
                        Liquid Energy Pipeline Association*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 27(a)(4), the Liquid Energy Pipeline Association ("LEPA"), through undersigned counsel, certifies as follows:

LEPA is an incorporated, non-profit trade association whose members include the owners and operators of pipelines that carry crude oil and petroleum products in the United States. LEPA has no parent companies, and no publicly held company owns a 10% or greater interest in LEPA.

Date: March 27, 2025

Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6500
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for* Amicus Curiae
*the Liquid Energy Pipeline Association*

i

# UNOPPOSED MOTION OF THE LIQUID ENERGY PIPELINE ASSOCIATION FOR LEAVE TO FILE LETTER AS *AMICUS CURIAE* IN SUPPORT OF NO PARTY

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and D.C. Circuit Rule 29(b), the Liquid Energy Pipeline Association ("LEPA") respectfully moves for leave to file the attached letter brief as *amicus curiae* in support of no party, and in support of this Court exercising original jurisdiction over the petition for review in this case. No party opposes the relief requested in this motion. LEPA seeks leave to file this letter brief according to the same schedule set forth in this Court's order requesting letter briefing from the parties on the Court's jurisdiction. *See* Order, Doc. 2105635 (March 13, 2025). The proposed letter complies with the content and form requirements of Rule 29(a)(4), to the extent applicable.

The Court has requested letter briefing as to whether, in the wake of the ICC Termination Act of 1995, it retains direct appellate jurisdiction to review orders of the Federal Energy Regulatory Commission ("FERC") concerning oil pipelines. *See* Order, Doc. 2105635 (March 13, 2025). That question directly impacts the interests of LEPA, which is a trade association that represents entities that own and operate liquid energy pipelines whose rates and services are subject to FERC regulation. *See* Fed. R. App. P. 29(a)(3)(A). Together, LEPA's members operate pipelines carrying about 95 percent of the crude oil and petroleum products moved by pipeline in the United States.

As LEPA explains in the accompanying letter, this Court's exercise of original appellate jurisdiction is consistent not only with decades of binding circuit precedent, but also with traditional principles of statutory interpretation. Holding otherwise would create significant and immediate adverse effects by delaying the finality of FERC orders, draining judicial and party resources, and disrupting investment-backed expectations and reliance interests of various stakeholders, including LEPA members.

Given its unique insights, experience, and national perspective representing the owners and operators of oil pipelines, LEPA respectfully submits that its views on the jurisdictional question raised in the supplemental briefing order will be useful to this Court's inquiry. *See* Fed. R. App. P. 29(a)(3)(B).

# **CONCLUSION**

WHEREFORE, LEPA respectfully requests that this Court grant it leave to file the attached letter as *amicus curiae*.

Date: March 27, 2025

Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman
Jeremy C. Marwell
Jason J. Fleischer
Matthew X. Etchemendy
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6500
Facsimile: (202) 639-6604
Email: wscherman@velaw.com
Email: jmarwell@velaw.com
Email: jfleischer@velaw.com
Email: metchemendy@velaw.com

*Counsel for* Amicus Curiae
*the Liquid Energy Pipeline Association*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1), *amicus curiae* the Liquid Energy Pipeline Association ("LEPA") submits this certificate as to parties, rulings, and related cases.

## A. PARTIES AND AMICI

LEPA seeks leave to file a letter as *amicus curiae*, and another *amicus* letter has been filed by William F. Demarest, Jr. All other parties, intervenors, and *amici* appearing in this Court are listed in the opening brief of Petitioners ConocoPhillips Transportation Alaska, Inc., et al. (Doc. 2088617).

## B. RULINGS UNDER REVIEW

*BP Pipelines (Alaska) Inc.*, Opinion No. 588, Opinion and Order on Initial Decision, 185 FERC ¶ 61,206 (2023), R. 858, JA 1.

## C. RELATED CASES

The Commission issued the order on review after this Court remanded in *Petro Star Inc. v. FERC*, 835 F.3d 97 (D.C. Cir. 2016), and later granted the Commission's request for voluntary remand in *Petro Star Inc. v. FERC*, D.C. Cir. No. 18-1104, Order (March 7, 2019). At this time, counsel is unaware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Date: March 27, 2025         Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6500
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for* Amicus Curiae
*the Liquid Energy Pipeline Association*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 372 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

2. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point font.

Date: March 27, 2025

Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6500
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for* Amicus Curiae
*the Liquid Energy Pipeline Association*

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that, on March 27, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Date: March 27, 2025

Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6500
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for* Amicus Curiae
*the Liquid Energy Pipeline Association*